**April Strahan**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Wednesday, July 10, 2019 10:44 PM |
| **To:** | April Strahan; Janelle Ochoa |
| **Subject:** | Pay.gov Payment Confirmation: TXWD CM ECF |

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact James Thompson at 210-472-4955, X2817.

Application Name: TXWD CM ECF
Pay.gov Tracking ID: 26IO26LR
Agency Tracking ID: 0542-12333606
Transaction Type: Sale
Transaction Date: Jul 10, 2019 10:44:16 PM

Account Holder Name: April Strahan
Transaction Amount: $400.00
Card Type: AmericanExpress
Card Number: ************1087

THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.

FREE STATE REPORTING, INC.
1378 CAPE ST. CLAIRE ROAD
ANNAPOLIS, MD 21409
800-231-TYPE (8973)

04/08/20

SALE                                                                 Total:        $570.15

American Express
xxxxxxxxxxx1087

| | | | |
|---|---|---|---|
| Exp. Date: | xx / xx | | |
| Entry Mode: | Keyed | | |
| Name: | April Strahan, of Counsel | | |
| Auth. Code: | 246815 | QuickBooks Trans. No: | WDTX055 |
| Trans. ID: | PH0019710498 | Merchant No.: | 5247719927771528 |
| Terminal ID: | - | AID | - |

X _____

Signature

I agree to pay the total amount shown above in compliance with the cardholder agreement

MERCHANT COPY

FREE STATE REPORTING, INC.
1378 CAPE ST. CLAIRE ROAD
ANNAPOLIS, MD 21409
800-231-TYPE (8973)

04/08/20

SALE                                                                 Total:        $570.15

American Express
xxxxxxxxxxx1087

| Exp. Date: | xx / xx | | |
| Entry Mode: | Keyed | | |
| Name: | April Strahan, of Counsel | | |
| Auth. Code: | 246815 | QuickBooks Trans. No: | WDTX055 |
| Trans. ID: | PH0019710498 | Merchant No.: | 5247719927771528 |
| Terminal ID: | - | AID | - |

Thank you for your business

CUSTOMER COPY